IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| JOSEPH M. MOSLEY, | : | Case No. 1:20-cv-43 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| OFFICER ANDREW PUCKETT, et al., | : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION
(DOC. 4) AND DISMISSING COMPLAINT (DOC. 3) WITH PREJUDICE
WITH THE EXCEPTION OF CERTAIN INDIVIDUAL CAPACITY CLAIMS**

The Court reviewed the Order and Report and Recommendation (Doc. 4) of United States Magistrate Judge Stephanie K. Bowman, to whom this case is referred pursuant to 28 U.S.C. § 636(b).  As no objections to the Report and Recommendation have been filed and the time to do so has expired, the Court hereby **ADOPTS** the Report and Recommendation in its entirety.  Accordingly, except for Plaintiff's individual capacity claims against Defendants Puckett, Turner, Sandridge, Webb and Reece, the Complaint is hereby **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: ___*/s/ Matthew W. McFarland*___
JUDGE MATTHEW W. McFARLAND