# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| JOSEPH MOSLEY, | : | Case No. 1:20-cv-43 |
| Plaintiff, | : | |
| | : | Judge Matthew W. McFarland |
| vs. | : | |
| | : | Magistrate Judge Stephanie K. Bowman |
| ANDREW PUCKETT, *et al.*, | : | |
| Defendants. | : | |

## ENTRY AND ORDER ADOPTING
## REPORT AND RECOMMENDATION (Doc. 66) AND GRANTING DEFENDANTS'
## MOTION FOR SUMMARY JUDGMENT (Doc. 28)

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman (Doc. 66), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, the Court **GRANTS** Defendants' Motion for Summary Judgment (Doc. 28), **DENIES AS MOOT** all pending motions (Doc. 64); and **ORDERS** that this case be **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND